

**FILED**

TULSA DISTRICT COURT

OCT 1 5 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

HARRY WILSON

    Plaintiff,

V.

19 CV 545 CVE -JFJ

Tulsa Bus Plant,

    Defendant

Age Discrimination

Federal statues prohibits discrimination in employment on basis of sex, age, race nationality, religion, or being handicapped; eg. Title VII of 1964 Civil Rights Act, Age discrimination in Employment Act, Equal Pay Act, sex Discrimination in Employment Based on Pregnancy Act. Other federal acts, as supplemented by court decisions, prohibits discrimination in voting rights, housing, extension of credit, public education, and access to public facilities.

    With reference to common carriers, a breach of the carrier's equal opportunities to market their product. A carrier's failure to treat all alike under substantially similar conditions.

Introduction:

Comes now Harry Wilson to compel the court to intervene in this matter, the Federal Court prohibit discrimination against age, Title VII. The group leader in the plywood unit quit, and the position became open, the longest person in the job filled in temporary for it until the position came open on the board for permanent group leader

    At about five month, the position came up on the board and my fellow employee asked me to apply for it due to the way Adrian was treating them. I applied for the position, then went before a Board and tested for the position, after testing for the position I heard nothing from my immediate supervisor, then later my supervisor came to me and told me that I applied for the wrong position and I reapplied for it, in reapplying, I went in to seat in front of the Board and they asked me what I was doing there, I explain to them that I was applying for plywood group leader position, they told me that they thought I already had the position because I was tested and



passed, so the man that was running the meeting picked up the phone and called HR and told him that they have Harry Wilson here and he don't understand what was going on, so the HR said to him "just test him again" and the board man said I still don't understand but he repeated "just test him", then I was tested again and he went before the Board and told me we have never tested anybody twice for the same position and he said Harry be careful.

One week went by and I notice an increase on my pay check and at the end of the second month as I was eating lunch outside, the some of my fellow employee came up to me and said congratulation, I didn't understand what they were saying until I went into the building, when I got back to my work area, Adrian who has been the acting group leader threw the peppers and keys to me. My supervisor never told me that I passed the test or not, then another supervisor in the other unit area came to me and congratulated me, by that time it was almost time to close from work so I told my team to continue with what they were doing then by tomorrow we will come together and work as a group.

The next day immediately, I started having problems with Adrian {he was hiding the tools, putting wrong tools in the bus, stopping the line and making the whole group to have problems}, I reported this to my supervisor and he said that Adrian was upset about what happened, he said I should give him little time and he will come over then I started taking note of all the things he was doing and I was writing them down, again I went to my supervisor and told him that Adrian was ten minutes late from lunch break and he will not wearing his gloves and eye glasses but he didn't do nothing. When the union rep. came by, I explained everything Adrian had been doing, and how he has been so disrespectful to me. I was called to the office by my supervisor and the union rep. and my supervisor said to me "the report you have been given about Adrian seems like you were picking on him" he said write them down and put it in your locker but don't tell other employees that you are writing things down. Adrian continued being disrespectful and destructive for many weeks and a while Amelia who was Adrian girlfriend and Adrian was making pallet on the bus, for sleeping while work was going on, they were standing on the steps in people way. Often blocking them from doing to their jobs, holding hands, kissing each other, also made a hiding place with plywood.

Then I told the union rep. and my supervisor and I was pulled to the office once again, my supervisor and Tammy who was the union rep. came to the office and my supervisor asked me

what was going on, I told him that I have noticed that he does not want me to have the group leader position that was why he does not give me any help and I also told him that another supervisor called me and told me what he said about me being an older guy and he didn't want me to have the position because I did not listen when he talk. Then he said to me I know who told you that "it was Lee Spenser" then I said to him that I don't know what my age have to do with my work and I don't see the reason why I will not listen to him when he talk to me him being my supervisor. I also told him that I understand how he gave the test answers to Adrian but I still beat him twice. Then he told me go back to your work and he walked away. After thirty minutes, my supervisor came back to me and said to me I was not the only one that HR was also getting on Lee Spenser because of the way he works and then I told him it was none of my business.

A week passed, the union rep. came up to my supervisor and said to him Harry Wilson ended up been the best group leader and he replied him "so far". Later that week the HR called Adrian and Amelia to the office to question them to see if they were doing anything inappropriate to the job and after the meeting. Adrian came out and was laughing at me and telling me they didn't do nothing to me.

Two months went by, Amelia quit her job and Adrian started to messing around with other girls in different units. I complained to my supervisor and still nothing was done. Then two weeks passed Adrian didn't show up for work, no call from him or nothing and I had pointed out that he should be terminated but my supervisor brought him back to work and he went back harassing the women in the unit.

A week after Adrian came back to work, he came to me and asked me to relieve him so he can use the bathroom and as he was coming out from the line he made a statement to me saying, " Decoder was touching my butt and I immediately went to Decoder and asked her if it was true and Adrian said "he wished" and worked off, ten minutes to the break, I went in to the break room and asked her again and she denied it so I wrote everything down and put it in my locker. One hour later, Decoder went over to the side where Lee Spenser was working and told Lee what was going on, then Lee went and told the HR and they started investigating.

After some weeks , the HR called me to the office and asked me what was going on and I told him what the two employees told me and I also gave him the paper where I wrote them down. In

the middle of the investigation they went and asked some people "what has Harry been doing", then they asked me if anyone was against me and I replied you all want me to make them work hard and speed up so I think they have things against me because I make them do what they don't like. After some minutes the HR said to me one of the lady's in your group told us that you want to put a baby in her, then I asked them who the lady was and they told me Patricia, then I was asked what do I have to say and I told them that I had never said a thing like that to Patricia or to any other person and I explained to them how the situation came about, I told them it was a thanks giving break and I was sitting with a co-worker discussing my issues on how my wife was pregnant and I wanted her to have abortion and my co-worker was telling me to have the baby and Patricia was seating across the table with us listening to us, nobody was talking to her then I asked them where did she said the conversation took place and they said on the work floor, we wear ear plugs and the radios were all on so that means you can't even hear anything anybody is saying to you.

After a week, I was called back to the office and was told that I will be terminated from my job because I turned blind eyes on Adrian and Decoder issues and also that I was joking in the work area with Patricia, then I was terminated without any formal complaint filed against me and I was not giving any termination letter.

Six months after my termination, the union rep called me and told that I can come back to work as long I don't apply for any position at bus plant and that I will go through behavioral class then I told him no that I have got evidence to prove my innocence at all charges and my wife was still at the hospital for after given birth recovery. After two weeks, and I was still at the hospital with my wife, I noticed I had a message from the union saying that if I don't get back in touch with them by 4 o'clock they will drop my case.

All these things stem from my supervisor saying that am too old for the group leader position and he had already groom Adrian to have the position and wanted me out of the position but all I was doing was to better myself.

Wherefore, I am seeking from the court to relieve me from the injustice that has been dealt to me. It is the courts duty to correct any malious behavior that has being inflicted upon an employee. I am seeking compensation of $500,000 and punitive damages. I am also seeking for

damages for harassment and scandalizing my name.

Harry Wilson
815 Harahan Road
Memphis Tenn.
38109

Certificate of Service

I Harry Wilson Do certify that the Defendant Receive a copy of Complaint.

Harry Wilson